THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MAGNOLIA PICTURES, LLC,**<br><br>Defendant. | **CIVIL ACTION NO. 6:20-cv-800**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Accordingly, Rothschild Broadcast Distribution Systems, LLC hereby voluntarily dismisses this action against Magnolia Pictures, LLC without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: October 20, 2020           Respectfully Submitted,

/s/Jay Johnson
**JAY JOHNSON**
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**